# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 1:02-CR-49

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **VINCENT RUTHERFORD** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the *pro se* letter Motion for Early Termination of Probation/Supervised Release [doc. 49] filed on March 22, 2018. For cause shown, the motion is **GRANTED** effective the date of the signing of this Order.

**IT IS SO ORDERED.**

Signed: March 22, 2018

Graham C. Mullen
United States District Judge